ACCEPTED
04-15-00466-CV
FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS
10/28/2015 4:13:38 PM
KEITH HOTTLE
CLERK

## No. 04-15-00466-CV

Felix Luera, Jr. and
Bianca Luera

V.

Basic Energy Services,
Inc. and Basic Energy
Services, L.P.

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS
10/28/2015 4:13:38 PM
KEITH E. HOTTLE
Clerk

In the Court of Appeals
for the Fourth District of
Texas

### APPELLEES' MOTION TO DEFER BRIEFING ON THE MERITS PENDING DISPOSITION OF APPELLEES' MOTION TO DISMISS

TO THE HONORABLE COURT OF APPEALS:

Appellees Basic Energy Services, Inc. and Basic Energy Services, L.P. (collectively, "Basic Energy") move the Court to defer briefing on the merits in this matter until the Court has ruled on the Appellees' Motion to Dismiss.

### PROCEDURAL HISTORY

On August 24, 2015, Appellees filed their Motion to Dismiss this appeal on the ground that Appellants' notice of appeal was untimely. In particular, the judgment they appeal from was signed on November 4, 2014, and yet they did not file their notice of appeal until July 14, 2015. The Appellees' Motion to Dismiss remains pending.

The Court has granted an extension of the deadline for Appellants to file their brief; it is now due on November 20, 2015. The Appellees' brief will be due 30 days after Appellants' brief is filed. If the Motion to Dismiss is granted, the Court will not find it necessary to address the merits of the appeal. Thus, requiring the parties to submit full briefs on the merits before the Motion to Dismiss is disposed of may result in a needless expenditure of resources by the parties and the Court.

WHEREFORE, Appellees request that the Court defer briefing on the merits until it disposes of the Appellees' Motion to Dismiss.

Respectfully submitted,

/s/ *Ken Fields*

Ken Fields
Texas State Bar No. 06975350
kfields@mcv-law.com

MCKIBBEN & VILLARREAL, L.L.P.
1100 Tower II
555 N. Carancahua
Corpus Christi, Texas 78401-0841
361-882-6611
361-883-8353 (telefax)

**Attorneys for Appellees Basic Energy Services, Inc. and Basic Energy Services, L.P.**

CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing instrument was served on the other counsel of record, in the manner indicated below, on October 28, 2015.

/s/ *Ken Fields*
Ken Fields

*By e-filing and telefax,* (361) 985-0601:

Mr. Russell W. Endsley
THE LAW OFFICES OF THOMAS J. HENRY
521 Starr Street
Corpus Christi, Texas 78401
   *Attorney for Appellants*

*By e-filing and telefax,* 210-979-7810:

Ricardo R. Reyna
Brock Person Guerra Reyna, P.C.
17339 Redland Road
San Antonio, Texas 78247
   *Co- counsel on appeal for Appellees*